507 A.2d 371

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Aleko WEIBEL, Respondent.**

Supreme Court of Pennsylvania.

April 2, 1986.

Petition for Allowance of Appeal GRANTED, No. 49 E.D. Appeal Docket 1986.